UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYESHIA S. AMBROSE-FRAZIER | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 2:15-cv-01324-SM-DEK |
| | * | |
| HERZING, INC., HERZING UNIVERSITY, LTD AND | * | JUDGE MORGAN |
| | * | |
| JASON MORGAN ATTORNEY GENERAL AND | * | MAGISTRATE KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the Consent Motion for Extension of Time filed by Defendants, Herzing, Inc., which also does business as Herzing University, and Jason Morgan;

IT IS ORDERED that Defendants are hereby granted an extension until June 10, 2015 within which to file responsive pleadings in the captioned matter.

New Orleans, Louisiana this __27th__ day of _____May_____, 2015.

_____
United States Magistrate Judge

41307 / 280