UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYESHIA S. AMBROSE-FRAZIER | : | CIVIL ACTION NO.: 2:15-cv-01324 |
| | : | |
| VERSUS | : | JUDGE: SUSIE MORGAN |
| | : | |
| HERZING, INC., HERZING UNIVERSITY, LTD AND JASON MORGAN | : : : | MAGISTRATE JUDGE: DANIEL E. KNOWLES, III |

**ORDER**

CONSIDERING the foregoing Plaintiff Myeshia S. Ambrose-Frazier Motion for Leave of Court to Amend Complaint,

IT IS HEREBY ORDERED, that Plaintiff Myeshia S. Ambrose-Frazier is GRANTED Leave of Court to file her second amended complaint with all claims relating back to the date of original filing.

New Orleans, Louisiana this 10th day of February, 2016.

_____
Susie Morgan
United States District Judge