UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MYESHIA S. AMBROSE-FRAZIER | : | CIVIL ACTION NO.: 2:15-cv-01324 |
| | : | |
| VERSUS | : | JUDGE: SUSIE MORGAN |
| | : | |
| HERZING, INC., HERZING | : | |
| UNIVERSITY, LTD AND | : | MAGISTRATE JUDGE: DANIEL E. |
| JASON MORGAN | : | KNOWLES, III |

## ORDER

Considering the Plaintiff's Ex Parte Motion for Expedited Hearing:

IT IS SO ORDERED, that the motion is GRANTED, and the hearing on plaintiff's Motion to Compel (Rec. Doc. No. 34), is hereby set for the 17th day of February, 2016 at 11:00 O'lock A.M.

IT IS FURTHER ORDERED, that Defendants' Opposition to Plaintiff's Motion to Compel is February 11, 2016.

New Orleans, Louisiana, this 10th day of February, 2016

_____
MAGISTRATE JUDGE: DANIEL E. KNOWLES, III