MINUTE ENTRY
MORGAN, J.
April 1, 2016

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MYESHIA S. AMBROSE-FRAZIER,**  Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1324** |
| **HERZING, INC., ET AL.,**  Defendants | **SECTION: "E" (3)** |

A pretrial conference was held on April 1, 2016, at 2:00 p.m. in the chambers of Judge Susie Morgan.

> Present:   Jean-Paul Robert, counsel for Plaintiff, Myeshia S. Ambrose-Frazier; George Fagan, Margaret Swetman, counsel for Defendant, Herzing, Inc. and Herzing University, Ltd.

Counsel for the parties discussed the status of the case.

Plaintiff's counsel represented that Plaintiff is not bringing any claims against Defendant Jason Morgan individually.

Accordingly;

**IT IS ORDERED** that all claims against Defendant Jason Morgan are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the parties file an amended joint proposed pretrial order by **April 4, 2016**, at **12:00 p.m.**

**IT IS FURTHER ORDERED** that counsel for each party inform opposing counsel by **April 18, 2016**, of which witnesses will be called to testify at trial.

The Court discussed with counsel the upcoming jury trial in this matter.

The Court explained that it expects (1) a single joint jury instruction document containing agreed-to instructions and the parties' respective positions regarding disputed instructions, if any; (2) a single joint verdict form containing agreed-to elements and the parties' respective positions regarding disputed elements, if any; and (3) two copies of the set of bench books containing an index and all exhibits—first unobjected-to exhibits and then objected-to exhibits, numbered sequentially. Counsel for the parties must also provide the Court's case manager, Cesyle Nelson, with two discs containing all exhibits.

Voir dire and jury selection were discussed. The Court will conduct voir dire questioning with opportunities for the parties to submit follow-up questions for the Court to ask. The Court informed the parties that an eight-member jury will be selected and that all eight members of the jury will deliberate. There will be no alternate jurors. Unless the parties stipulate otherwise, the jury must return a unanimous verdict. In no event may the parties stipulate that fewer than six jurors may return a verdict. The parties will each be given three peremptory challenges during jury selection. Each party will be given 20 minutes for opening statements.

The Court reminds the parties to reference the pretrial notice form in preparing for trial.[1] The parties are encouraged to contact the Court for guidance if any instruction in the pretrial notice is unclear. The parties are also encouraged to contact the Court's case manager, Cesyle Nelson, to schedule a meeting to familiarize themselves with the courtroom audio-visual technology.

---

[1] R. Doc. 25-1.

New Orleans, Louisiana, this 1st day of April, 2016.

                        _____
                             **SUSIE MORGAN**
                    **UNITED STATES DISTRICT JUDGE**

JS10 (1:23)