**MINUTE ENTRY**
**KNOWLES, M.J.**
**APRIL 15, 2016**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MYESHIA S. AMBROSE-FRAZIER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-1324** |
| **HERZING, INC.** | **SECTION "E" (3)** |

Following further discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

*[signature: Daniel E. Knowles, III]*

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR(2:00)